UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LASERMAX, INC.,

                                  PLAINTIFF,

v.

NEW CENTURY NCSTAR, INC., A CALIFORNIA
CORPORATION, AND THE WAR STORE, INC. A NEW YORK
CORPORATION

                                  DEFENDANT.

---

CASE NO. _____

**LASERMAX, INC.'S
CORPORATE DISCLOSURE
STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil procedure, LaserMax, Inc. states:

1. LaserMax, Inc. is not a corporation whose shares are publicly traded;

2. LaserMax, Inc. does not have a parent corporation; and

3. No publicly held corporation owns 10% or more of LaserMax, Inc.'s stock.

December 23, 2008

                        **HARTER SECREST & EMERY LLP**

                        By: s/Erika N.D. Stanat _____
                              Erika N.D. Stanat, Esq.
                        *Attorneys for Plaintiff LaserMax, Inc.*
                        1600 Bausch & Lomb Place
                        Rochester, New York  14604-2711
                        (585) 232-6500
                        Email:  estanat@hselaw.com