UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LASERMAX, INC.,

PLAINTIFF,

v.

NEW CENTURY NCSTAR, INC., A CALIFORNIA CORPORATION, AND THE WAR STORE, INC. A NEW YORK CORPORATION

DEFENDANT.

**VOLUNTARY DISCONTINUANCE OF ACTION AGAINST DEFENDANT THE WAR STORE, INC.**

**CIVIL ACTION NO. 6:08-6579(CJS)**

---

Whereas no defendant has appeared in this matter, the undersigned, the attorneys of record for the plaintiff in the above-entitled action, hereby withdraw and discontinue the action against Defendant The War Store, Inc. This Discontinuance may be filed without further notice with the Clerk of the Court.

Dated: February 3, 2009

HARTER SECREST & EMERY LLP


By:  s/Erika N.D. Stanat
     Erika N.D. Stanat, Esq.
     ***Attorneys for LaserMax, Inc.***
     1600 Bausch & Lomb Place
     Rochester, New York 14604
     (585) 232-6500