UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

LASERMAX, INC.,

    PLAINTIFF,

VS.

NEW CENTURY NCSTAR, INC., A CALIFORNIA CORPORATION, AND THE WAR STORE, INC., A NEW YORK CORPORATION.,

    DEFENDANTS.

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

Civil Action No. 08-CV-6579 CJS

WHEREAS Plaintiff LaserMax, Inc. filed a complaint alleging patent infringement against Defendant New Century NcStar, Inc., a California corporation, on December 23, 2008; and

WHEREAS the parties are engaged in good faith efforts to explore an early settlement of this case,

THEREFORE LaserMax, Inc., by and through its attorneys, hereby stipulates, subject to the approval of the Court, to extend the date by which Defendant New Century NcStar, Inc. must answer this complaint to April 30, 2009.

Dated: March 17, 2009

*[signature]*
Erika N.D. Stanat, Esq.
HARTER SECREST & EMERY LLP
Counsel for Plaintiff
1600 Bausch & Lomb Place
Rochester, NY 14604-2711
Telephone: (585) 232-6500
Fax: (585) 232-2152
E-Mail: estanat@hselaw.com

3-18-09

So Ordered: *[signature]* Charles Siragusa
United States District Court Judge