UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LASERMAX, INC.,

    PLAINTIFF,

vs.

NEW CENTURY NCSTAR, INC., A CALIFORNIA CORPORATION, AND THE WAR STORE, INC., A NEW YORK CORPORATION,

    DEFENDANTS.

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

Civil Action No. 08-CV-6579 CJS

---

WHEREAS Plaintiff LaserMax, Inc. filed a complaint alleging patent infringement against Defendant New Century NcStar, Inc., a California corporation, on December 23, 2008; and

WHEREAS the Court approved a request from LaserMax, Inc. to extend the date by which Defendant New Century NcStar, Inc. must answer the complaint in this action to April 30, 2009, to enable the parties to explore the opportunity for an early settlement of this case; and

WHEREAS the parties continue to engage in good faith efforts to reach an amicable resolution of this dispute,

THEREFORE LaserMax, Inc. and New Century NcStar, Inc, by and through their respective attorneys, hereby stipulate, subject to the approval of the Court, to extend the date by

which Defendant New Century NcStar, Inc. must answer this complaint to June 30, 2009.

Dated: April 27, 2009

_____
Erika N.D. Stanat, Esq.
HARTER SECREST & EMERY LLP
*Attorneys for Plaintiff*
1600 Bausch & Lomb Place
Rochester, NY 14604-2711
Telephone: (585) 232-6500
Fax: (585) 232-2152
E-Mail: estanat@hselaw.com

_____
John V. Mejia, Esq.
INTELLECTUAL PROPERTY LAW GROUP LLP
*Attorneys for Defendant*
Old Bank of America Building
12 South First Street, 12th floor
San Jose, CA 95113
Telephone: (408) 286-8933
Fax: (408) 286-8932
E-Mail:

5-1-09

So Ordered: _____
United States District Court Judge