UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LaserMax, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> New Century NcStar, Inc., a California Corporation, and The War Store, Inc., a New York Corporation, <br><br> Defendants. | Stipulation to Extend Time to Answer Complaint <br><br> Civil Action No. 08-CV-6579 CJS |

WHEREAS Plaintiff LaserMax, Inc. filed a complaint alleging patent infringement against Defendant New Century NcStar, Inc., a California corporation, on December 23, 2008; and

WHEREAS the Court approved a request from LaserMax, Inc. to extend the date by which Defendant New Century NcStar, Inc. must answer the complaint in this action to April 30, 2009, to enable the parties to explore the opportunity for an early settlement of this case; and

WHEREAS the Court approved a series of joint requests from LaserMax, Inc. and New Century NcStar, Inc. to further extend the answer deadline to March 5, 2010; and

WHEREAS, Defendant New Century NcStar, Inc. has recently engaged new counsel to represent its interests in this matter; and

WHEREAS the parties are exchanging discovery materials and engaging in good faith efforts to explore the possibility of an amicable resolution of the dispute on which this action is based,

140302_1

THEREFORE LaserMax, Inc. and New Century NcStar, Inc, by and through their respective attorneys, hereby stipulate, subject to the approval of the Court, to extend the date by which Defendant New Century NcStar, Inc. must answer this complaint to May 7, 2010.

Dated: February 24, 2010

*Erika N.D. Stanat*
Erika N.D. Stanat, Esq.
HARTER SECREST & EMERY LLP
*Attorneys for Plaintiff*
1600 Bausch & Lomb Place
Rochester, NY 14604-2711
Telephone: (585) 232-6500
Fax: (585) 232-2152
E-Mail: estanat@hselaw.com

Rodney W. Bell, Esq.
Chang & Cote LLP
*Attorneys for Defendant*
19138 East Walnut Drive, Suite 100
Rowland Heights, CA 91748
Telephone: (626) 854-2112
Fax: (626) 854-2120
E-Mail: rbell@changcote.com

So Ordered: *Charles J. Siragusa*   3-2-10
United States District Court Judge

140302_1