**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LASERMAX, INC.,** *Plaintiff,* -vs- **NEW CENTURY NCSTAR, INC., AND THE WAR STORE, INC.** *Defendants.* | **Notice of Appearance** Civil Action No. 6:08-cv-06579 (CJS) |

TO THE CLERK OF THE COURT:

Please enter the appearance of Douglas J. Nash, Hiscock & Barclay, LLP, One Park Place, 300 South State Street, Syracuse, New York 13202, as counsel for defendant New Century NCStar, Inc. in the above-entitled action.

Dated: April 26, 2010

HISCOCK & BARCLAY, LLP

By: /s/ Douglas J. Nash
One Park Place
300 South State Street
Syracuse, New York 13202
Tel: (315) 425-2828
Fax: (315) 703-7364
e-mail: dnash@hblaw.com

*Attorneys for Defendant
New Century NCStar, Inc.*

## CERTIFICATE OF SERVICE

    I, Douglas J. Nash, as attorney for defendant New Century NCStar, Inc., hereby certify that, on this 26th day of April, 2010, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the District Court for the Western District of New York using the CM/ECF system, which sent notification of such filing to all counsel who have entered an appearance in this case.

_____
Douglas J. Nash