**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

| |
|---|
| **LASERMAX, INC.,** |
| *Plaintiff,* |
| -*vs*- |
| **NEW CENTURY NCSTAR, INC., AND THE WAR STORE, INC.** |
| *Defendants.* |

**Corporate Disclosure Statement**

Civil Action No. 6:08-cv-06579 (CJS)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.1(e), defendant New Century NCStar, Inc. ("New Century"), by and through its attorneys, hereby states there is no parent corporation or any publicly held corporation owning 10% or more of New Century's stock.

Dated: April 26, 2010

HISCOCK & BARCLAY, LLP

By: /s/ Douglas P. Nash
One Park Place
300 South State Street
Syracuse, New York 13202
Tel: (315) 425-2828
Fax: (315) 703-7364
e-mail: dnash@hblaw.com

*Attorneys for Defendant
New Century NCStar, Inc.*

## CERTIFICATE OF SERVICE

    I, Douglas J. Nash, as attorney for defendant New Century NCStar, Inc., hereby certify that, on this 26th day of April, 2010, I caused the foregoing Corporate Disclosure Statement to be electronically filed with the Clerk of the District Court for the Western District of New York using the CM/ECF system, which sent notification of such filing to all counsel who have entered an appearance in this case.

_____
Douglas J. Nash